```
UNITED STATES DISTRICT COURT                        USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                       DOCUMENT
-------------------------------------------------X  ELECTRONICALLY FILED
                                                 :  DOC #:
 SIRITA MUSE,                                    :  DATE FILED: 03/13/2020
                                                 :
                        Plaintiff,               :
                                                 :     19-cv-242 (VEC)
          -against-                              :
                                                 :        ORDER
                                                 :
 NESTLE WATERS NORTH AMERICA INC.,               :
 NESTLE WATERS S.A.S, NESTLE S.A.,               :
                                                 :
                        Defendants.              :
-------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference is currently scheduled for April 3, 2020;

IT IS HEREBY ORDERED that, due to the need to minimize travel for reasons of public health, the conference is adjourned to **April 17, 2020**, at **11:00 A.M.** The parties' joint pre-conference letter is due by **April 10, 2020**.

**SO ORDERED.**

Date: March 13, 2020                                       **VALERIE CAPRONI**
New York, New York                                  United States District Judge