```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 SIRITA MUSE,                                                  :
                                                               :
                                Plaintiff,                     :
                                                               :
                -against-                                      :            19-cv-242 (VEC)
                                                               :
                                                               :            ORDER
 NESTLE WATERS NORTH AMERICA INC.,                             :
 NESTLE WATERS S.A.S, NESTLE S.A.,                             :
                                                               :
                                Defendants.                    :
-------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/24/2020
```

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties appeared for a status conference on July 24, 2020;

    WHEREAS Defendant Nestlé Waters North America Inc. requested that Plaintiff's deposition be reopened for the limited purpose of questioning her on approximately 200 pages of late-produced documents and on the issue of spoliation;

    WHEREAS Defendant requested an independent medical examination; and

    WHEREAS Plaintiff intends to submit an expert to rebut Defendant's examiner;

    IT IS HEREBY ORDERED that, for the reasons stated at the conference, Plaintiff's deposition shall be reopened as to the two topics discussed and must be completed by **August 14, 2020**. The independent medical examination and any examination by an independent therapist retained by Plaintiff must be completed by **August 21, 2020**. The parties shall work out a mutually agreeable schedule for exchange of medical reports; any deposition of experts must be complete by **September 30, 2020**. Defendant's motion for summary judgment shall be filed by **October 30, 2020**; Plaintiff's response shall be filed by **December 1, 2020**; Defendant's reply shall be filed by **December 22, 2020**. The parties may request a referral to the assigned

magistrate judge for a settlement conference—if such a conference would be productive—by filing a joint letter with the Court.

**SO ORDERED.**

**Date:  July 24, 2020**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**