```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  SIRITA MUSE,

                              Plaintiff,

          -against-                       19-cv-242 (VEC)

                                         ORDER
  NESTLE WATERS NORTH AMERICA INC.,
  NESTLE WATERS S.A.S, NESTLE S.A.,

                          Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the parties requested a teleconference to resolve a discovery dispute;

       IT IS HEREBY ORDERED that the parties appear for a teleconference on **August 20, 2020, at 3:00 P.M.** All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171 and the security code 0242. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.

**SO ORDERED.**

Date: August 19, 2020
      New York, New York

                                                   _____
                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**