```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  SIRITA MUSE,                                                 :
                                                               :
                                  Plaintiff,                   :
                                                               :
                  -against-                                    :
                                                               :
                                                               :
  NESTLE WATERS NORTH AMERICA INC.,                            :
                                                               :
                                  Defendant.                   :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/20/2020

19-cv-242 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 20, 2020, the parties appeared for a teleconference to resolve a discovery dispute, regarding certain belatedly produced documents; and

WHEREAS Defendant seeks either to preclude Plaintiff from using the documents at trial and during summary judgment or to reopen Plaintiff's deposition, with Plaintiff paying the costs associated with the reopened deposition;

IT IS HEREBY ORDERED that Defendant must submit a letter brief of no longer than three pages, setting forth its basis for relief, no later than **August 24, 2020**. Plaintiff may submit a response of the same length, no later than **August 26, 2020**. The Court encourages the parties to resolve the dispute without further briefing.

**SO ORDERED.**

Date: August 20, 2020
New York, New York

_____
**VALERIE CAPRONI
United States District Judge**